UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BETH ORR,

    Plaintiff,                                   Case No.: 3:17-cv-426

vs.

COMMISSIONER                              District Judge Thomas M. Rose
OF SOCIAL SECURITY,                   Magistrate Judge Michael J. Newman

    Defendant.

---

**ORDER AND ENTRY: (1) GRANTING THE JOINT MOTION FOR REMAND (DOC. 13); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. 13. Based upon the agreement of the parties, and for good cause shown, the parties' joint motion (doc. 13) is **GRANTED** and the ALJ's non-disability finding is **REVERSED** as unsupported by substantial evidence. This case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings. The Clerk is **ORDERED** to enter judgment in favor of Plaintiff and to **TERMINATE** this case on the Court's docket.

    **IT IS SO ORDERED.**


Date:  June 19, 2018                               *s/Thomas M. Rose
                                                                                 Thomas M. Rose
                                                                                 United States District Judge